# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:05CR30

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| ERICK LAQUIN LEE, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

THIS CAUSE coming on to be heard and being heard before the undersigned, Dennis L. Howell, United States Magistrate Judge for the Western District of North Carolina, upon the court's own motion and it appearing to the court that on June 1, 2005 the court established conditions of pretrial release of the defendant. One of those conditions was that the conditions of release be reviewed from time to time to determine whether or not the defendant had been complying with the terms of release and it appearing to the court from the records in this cause and from statements of Eric Simpson, United States Probation Officer, that the defendant has been complying with the conditions of release.

IT IS THEREFORE **ORDERED** that a review of the conditions of release of the defendant is not necessary and that this matter not be calendered unless upon appropriate motion filed in this cause.

**Signed: July 3, 2005**

Dennis L. Howell
United States Magistrate Judge