**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO. 1:05CR30**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ) | |
| ERIK LAQUIN LEE ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendant's motion for a modification of sentence filed April 24, 2007, wherein he asks the Court to "relax the court imposed fine."

The Defendant was sentenced by the undersigned on December 9, 2005, to 120 months imprisonment, followed by a four-year term of supervised release, a $200 assessment, and reimbursement of court appointed counsel fees. ***See* Judgment in a Criminal Case, filed December 30, 2005.** There was no fine imposed. In any event, the Court has no statutory authority to modify the Defendant's sentence in any way, including "relax[ing]" the assessment and court appointed counsel fees, absent circumstances not presented in the Defendant's motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for the modification of sentence is hereby **DENIED**.

Signed: April 26, 2007

Lacy H. Thornburg
United States District Judge